# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| AMY ELIZABETH LEDFORD, | ) |
| Petitioner, | ) |
| v. | ) No. 20-cv-1224-STA-jay |
| STATE OF TENNESSEE, | ) |
| Respondent. | ) |

## ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AND TRUST FUND ACCOUNT STATEMENT OR PAY THE $5.00 HABEAS CORPUS FILING FEE

On September 18, 2020, Petitioner Amy Elizabeth Ledford, in the custody of the Carroll County Jail at Huntingdon, Tennessee, filed a habeas corpus petition under 28 U.S.C. § 2241, in the U.S. District Court in Middle Tennessee as case 3:20-cv-00822. (ECF No. 1.) On October 6, 2020, the case was transferred by order of Judge Trauger to this District and opened as this instant case. However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed *in forma pauperis* and a copy of her trust account statement.

Accordingly, Petitioner is **ORDERED** to pay the $5.00 filing fee within thirty (30) days after the date of this order or submit a properly completed *in forma pauperis* affidavit demonstrating her indigency, along with an inmate trust fund account statement.[1] The Clerk is directed to mail a copy of the prisoner *in forma pauperis* affidavit to Petitioner along with this order.

---

[1] In the interest of expediting this matter, Petitioner is advised that if her inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed *in forma pauperis* will be denied.

Failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b).

**IT IS SO ORDERED,** this 8th day of October, 2020.

                                                s/ S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                CHIEF UNITED STATES DISTRICT JUDGE